1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

FRED CARRILLO,

          Plaintiff,

     v.

UNKNOWN,

          Defendant.

Case No.  14-cv-05209-JD

**ORDER OF TRANSFER**

     This is a civil rights case brought pro se by a state prisoner.  Plaintiff states that correctional officers are harassing him at Chuckwalla State Prison.  Chuckwalla State Prison lies within the venue of the United States District Court for the Central District of California.  Venue, therefore, properly lies in that district and not in this one.  See 28 U.S.C. § 1391(b).

     This case is **TRANSFERRED** to the United States District Court for the Central District of California.  *See* 28 U.S.C. § 1406(a).

     **IT IS SO ORDERED**.

Dated: March 9, 2015

_____

JAMES DONATO
United States District Judge

1

2

3

4                          UNITED STATES DISTRICT COURT

5                         NORTHERN DISTRICT OF CALIFORNIA

6

7    FRED CARRILLO,                          Case No.   14-cv-05209-JD

                    Plaintiff,
8
           v.                                **CERTIFICATE OF SERVICE**
9

10   UNKNOWN,

                    Defendant.
11

12        I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S.
     District Court, Northern District of California.
13

14        That on 3/9/2015, I SERVED a true and correct copy(ies) of the attached, by placing said
     copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing
15   said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle
     located in the Clerk's office.
16

17   Fred  Carrillo ID: CDC # AS-0203
     CVSP Bldg C7-1-3 LOW
18   P.O. Box 2349
     Blythe, CA 92226
19

20

21   Dated: 3/9/2015

22

23                                           Richard W. Wieking
                                             Clerk, United States District Court
24

25

26                                           By _Lisa R. Clork_ _____
                                             LISA R. CLARK, Deputy Clerk to the
27                                           Honorable JAMES DONATO

28

                                             2